IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEENA W. WILLIAMS                      PLAINTIFF

V.            NO. 4:11CV00586 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                  DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 28th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE